No. 539, Misc.  CASTLE *v.* MINNESOTA.  Supreme Court of Minnesota.  Certiorari denied.

No. 591, Misc.  MORELOS *v.* CALIFORNIA STATE LEGISLATURE ET AL.  Supreme Court of California.  Certiorari denied.

No. 594, Misc.  MORGAN *v.* UNITED STATES.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.  Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 597, Misc.  WRIGHT *v.* WARDEN, MARYLAND PENITENTIARY.  C. A. 4th Cir.  Certiorari denied.

No. 599, Misc.  WILSON *v.* CALIFORNIA ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 601, Misc.  RAU *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.  Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 603, Misc.  CRUZ *v.* COLORADO.  Supreme Court of Colorado.  Certiorari denied.

No. 604, Misc.  HARRIS *v.* MYERS, CORRECTIONAL SUPERINTENDENT.  Supreme Court of Pennsylvania. Certiorari denied.

No. 605, Misc.  TRANOWSKI *v.* ILLINOIS.  Supreme Court of Illinois.  Certiorari denied.

No. 611, Misc.  LOPER *v.* TEXAS.  Court of Criminal Appeals of Texas.  Certiorari denied.